IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

SANDRA BAKER
AND JENNIFER BAKER                                          PLAINTIFFS

   vs.          CASE No. 05-6090

TOYOTA MOTOR SALES, USA, INC.                               DEFENDANT

## **ORDER**

Now on this 21st day of September, 2006, comes on the Motion to Non-Suit filed by the plaintiffs on September 21, 2006. The Court, being well and sufficiently advised in the premises, does hereby GRANT the motion for non-suit. Further, the above-styled case is dismissed without prejudice with each party to bear their own fees and costs.

    IT IS SO ORDERED.

                                            /s/ Robert T. Dawson
                                            Robert T. Dawson
                                            United States District Judge